UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PETILLO, JR., | No. 2:21-cv-01996-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| HELEN MONIQUE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 8, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed a notice of constitutional violations, which the court liberally construes as objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 8, 2022, are adopted in full;

2. This action is dismissed without prejudice. *See* Local Rule 110; Fed. R. Civ. P. 41(b); and

3. The clerk of court is directed to close this case.

DATED: May 23, 2022.

                                                 CHIEF UNITED STATES DISTRICT JUDGE